**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Bridget M. Brennan, Esq.
801 West Superior Ave Suite 400
Cleveland, Ohio 44113

9590 9402 6058 0125 6231 50

2. Article Number *(Transfer from service label)*

7020 3160 0000 6329 7985

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  ML 1317
☑ Agent
☐ Addressee

B. Received by *(Printed Name)*
M Mazimor

C. Date of Delivery
4/15/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail
☐ Mail Restricted Delivery
   (500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt